■ In the Matter of Gabriel N., a Person Alleged to be a Juvenile Delinquent, Appellant. [39 NYS3d 785]—Appeal from order of disposition, Family Court, New York County (Adetokunbo Fasanya, J.), entered on or about September 4, 2015, which adjudicated appellant a juvenile delinquent upon his admission that he committed an act that, if committed by an adult, would constitute the crime of attempted robbery in the third degree, and placed him with the Office of Children and Family Services for a period up to 12 months in a limited secure facility, without credit for time served, unanimously dismissed as moot, without costs.

This appeal challenging the dispositional order, but not the juvenile delinquency adjudication, is moot because the placement has expired (*see Matter of Omari W.*, 104 AD3d 460 [1st Dept 2013]), and has been superseded by an order extending the placement on consent (*see Matter of Fawaz A. [Franklyn B.C.]*, 112 AD3d 550 [1st Dept 2013]). In any event, the disposition was a proper exercise of discretion. Concur—Friedman, J.P., Renwick, Feinman, Gische and Kapnick, JJ.